URGENT

10-12-15

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS
OCT 21 2015
CHRISTOPHER A. PRINE
CLERK

Dear 14th court of Appeals,

MY NAME is Scott Santschi, I WAS
In Courtroom 179 Harris County Unknown
I AM currently Awaiting my Answer
on Appeal In your Courtroom. The
Assigned Attorney PASTRANO, eusebio Chevo Jr.
Has never contacted me And I have filed
my Appeal pro-se. Please Respond and
Inform me what the delay seems tobe.
I pray for your assistance In this
Matter, The evidence Clearly Shows I
AM not guilty of ASSAULT, Also Someone
In Harris County has entered Into my
record THAT this Case Also Included
a deadly Weapon which Is A lie Also!
Please, I'm Innocent I love my
Family And I Would Never harm them.

MAILED

CAUSE NO: 1474591
TDC NO: 2019398
NAME: Scott Santschi
——Please Respond——

Sincerely-
Scott Santschi
Pro-Se